No. — – ——. WALLS *v.* DELAWARE STATE POLICE ET AL. Motion to direct the Clerk to file petition for writ of certiorari

out of time denied. JUSTICE BLACKMUN dissents and would grant the motion.